442 A.2d 337

Commonwealth v. Nichols, Appellant.

Petition for Allowance of Appeal Denied August 30, 1982.

Submitted June 13, 1980. Warren R. Baldys, for appellant; William S. Diesser, District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.